PD-1308-15

PD-1308-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/2/2015 11:54:28 AM
Accepted 10/2/2015 12:37:36 PM
ABEL ACOSTA
CLERK

NO. PD-_____

| | | |
|---|---|---|
| ALVIN VALADEZ, JR, <br> Appellant | § | IN THE COURT OF |
| vs. | § | CRIMINAL APPEALS |
| THE STATE OF TEXAS, <br> Appellee | § | AUSTIN, TEXAS |

MOTION FOR EXTENSION OF
TIME TO FILE APPELLANT'S PETITION
FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Now comes, Alvin Valadez, Jr., appellant in the instant cause, by and through undersigned counsel, Edward F. Shaughnessy, and files this Appellant's Motion for Extension of Time to File Appellant's Petition for Discretionary Review. In support of the instant motion the Appellant would show unto this Court the following:

A.

The appellant was charged by way of indictment in Guadalupe County with the offense of Possession of Heroin (1 to 4 grams)(Repeater) in cause number 134-1568-C. The appellant was convicted by a jury and sentenced by the jury to Life in confinement in the Texas Department of Criminal Justice. An appeal was pursued by the appellant to the Court of Appeals,

Fourth District, San Antonio. On September 16, 2015 that Court affirmed the judgment of the trial court after rejecting the single point of error alleged by the appellant. The appellant's Petition for Discretionary Review is due to be filed in this Court on or before October 16, 2015. The appellant would respectfully request a thirty-day extension of time to file the Appellee's Petition for Discretionary Review with this Court. No previous requests for an extension of time have been sought in this matter.

B.

The undersigned has been appointed to serve as a prosecutor pro tem by the judge of the 290th District Court of Bexar County, Texas in the capital murder cases pending against Conrad Ochoa and Baron Ochoa. Those matters are set for pre-trial on October 6, 2015

C.

The undersigned is in the process of compiling a proposed order on behalf of the State of Texas in the case of Ex Parte Denise Crouch, a post-conviction writ of habeas corpus pending in the 38th Judicial District of Medina County, Texas. That matter involved a contested evidentiary hearing ordered by this Court.

D.

Counsel is in the process of compiling briefs in the following matters: James Garza v. The State of Texas, cause no. 04-15-00456-CR; Benny Cavazos Valverde v, The State of Texas, Cause No. 04-14-00338-CR; and Richard Longoria v. The State of Texas, Cause No. 13-15-00173-CR.

E.

In addition the undersigned serves as a part-time Criminal law Magistrate for the District Courts of Bexar County and as a Juvenile Referee for the Juvenile Courts of Bexar County. Counsel will be serving in those capacities during the upcoming days.

.

## PRAYER FOR RELIEF

Wherefore premises considered, the Appellant would request an extension of time file the Appellant's Petition for Discretionary Review in the instant case until November 18, 2015.

Respectfully submitted,

/S/_____
Edward F. Shaughnessy, III
Attorney for the Appellee
206 East Locust Street
San Antonio, Texas 78212
SBN: 18134500
Phone: (210) 212-6700
Fax: (210) 212-2178
Shaughnessy727@gmail.com

## CERTIFICATE OF SERVICE

I, Edward F. Shaughnessy, hereby certify that a copy of the instant motion was served upon Christopher M. Eaton, attorney for the appellee, by mailing the motion to 211 W. Court St. 3rd Flr. Seguin, Texas 78155 on the _2_ day of October, 2015.

/S/_____

Edward F. Shaughnessy, III
Attorney for the Appellee